IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KEVA REID | ) |
| | ) |
| v. | ) NO. 3:09-0668 |
| | ) JUDGE CAMPBELL |
| METRO POLICE DEPARTMENT OF | ) |
| NASHVILLE, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 27), to which no Objections have been filed.[1] The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendants' Motion to Dismiss (Docket No. 12) is GRANTED, and all claims against Defendants Metro Police Department, Shearon and Jones are DISMISSED with prejudice.[2] All claims against Defendant Tester are DISMISSED without prejudice for lack of jurisdiction.

The Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] The record reflects that Plaintiff was served with a copy of the Report and Recommendation on December 9, 2009. Docket No. 29.

[2] The Magistrate Judge found that Defendant Taylor, named in the Complaint, was a typographical error. Docket No. 27, n.1. In addition, the record reflects that Officer Taylor was never served and is, therefore, not before the Court. Docket No. 11.